IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DONTAE CUMMINGS**                                                    **PLAINTIFF**
**ADC # 172826**

v.                          **Case No. 4:24-cv-01093-KGB**

**GARY MUSSELWHITE,** *et al.*                                            **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). Plaintiff Joshua Dontae Cummings filed objections (Dkt. No. 16). Mr. Cummings also filed two motions for status update (Dkt. Nos. 17, 18).

After carefully considering Mr. Cummings's timely filed objections and making a *de novo* review of the record, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).[1] Mr. Cummings's *in forma pauperis* ("IFP") status is revoked (Dkt. No. 4). The Court directs the Clerk of Court to send a copy of the Order revoking Mr. Cummings's IFP status to the Warden of the Cummins Unit of the Arkansas Division of Correction, P.O. Box 500, Grady, Arkansas 71644; the ADC Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; and the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

---

[1] Along with concluding that Mr. Cummings failed to allege "imminent danger," Judge Kearney found that Mr. Cummings is a "three striker" because he has had three complaints dismissed for failure to state a claim (Dkt. No. 15, at 4 n.2). While it is unclear to the Court, based on the available records, whether Mr. Cummings is the plaintiff in one of the three cases that Judge Kearney relies on to conclude that Mr. Cummings is a "three striker," *Cummings v Bachard*, Case No. 2:17-cv-00193-JLH (E.D. Ark.), the Court finds that Mr. Cummings has received a strike in at least one other case before this Court, making him in fact a "three striker." *See Cummings v. Post Prison Transfer Board, et al.*, Case No. 4:24-cv-558 (E.D. Ark.).

Mr. Cummings's complaint, as amended, is dismissed without prejudice (Dkt. Nos. 1; 14). If Mr. Cummings wishes to continue this case, he is required to submit the statutory filing and administrative fee of $405.00 to the Clerk of Court, noting the above case style and number, within 15 days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

The Court grants Mr. Cummings's motions for status update (Dkt. Nos. 17; 18), and the Court considers this Order sufficient to apprise Mr. Cummings of the status of his case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

It is so ordered this 20th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge